JOHN O'REILLY et al., Appellants, *v.* THE CITY OF KINGSTON, Respondent.

*M. Schoonmaker* for appellants.

*Wm. Lounsbury* for respondent.

Agree to dismiss appeal on authority of *Snebley* v. *Conner* (78 N. Y. 218).
All concur.
Appeal dismissed.

———————

BENJAMIN RUSSAK, as Survivor, etc., Appellant, *v.* JOHN SABEY, Jr., Respondent.

(Argued December 4, 1883; decided December 11, 1883.)

*M. M. Waters* for appellant.

*Louis Marshall* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., who takes no part.
Order affirmed.

———————

JACOB ODELL, as Survivor, etc., Respondent, *v.* JAMES MULRY et al., Appellants.

(Submitted December 4, 1883 ; decided December 14, 1883.)

*Townsend & Mahan* for appellants.

*Charles W. Seymour* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.